SKINNER, Plaintiff in Error, *vs.* SEE, Defendant in Error.

1. *Stewart* v. *See,* affirmed, see ante.

### *Error to Montgomery Circuit Court.*

*Broadhead*, for plaintiff in error.
*Glover & Richardson*, for defendant in error.

LEONARD, Judge. This case is similar to the case of *Stewart against See*, decided at this term, and is settled upon the same principles. Judge Ryland concurring, the judgment is reversed, and the cause remanded, that a judgment may be given there in conformity with this opinion.

SCOTT, J., dissenting. For my opinion in this case, reference is made to the case of *Stewart* v. *See,* decided at this term.